**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: , Bennesha Mccoy            CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 23-10778 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of CSMC 2022-RPL3 Trust and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Mark A. Cronin*
                                       Mark Cronin
                                       18 Apr 2023, 14:05:54, EDT

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322