**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter  7 |
| Bennesha McCoy | | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.   23-10778-mdc |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/16/2023, this case is hereby DISMISSED.

April 22, 2023

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:   Means Test Calculation 122A-2

bfmisdoc