United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10778-mdc

Bennesha McCoy     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Apr 24, 2023     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bennesha McCoy, 319 Lafayette Street, Bristol, Pa 19007-5217 |
| 14765799 | | COMMENITY BANK/ VICTORIA SECRECT, PO BOX l82789, COLUMBUS OH 43218 |
| 14774966 | + | CSMC 2022-RPL3 Trust, C/O Mark A. Cronin, Esq., KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14765796 | | MACY/CITlBANK NA, 91 l DUCK BLVD, MASON OH 45040 |
| 14765798 | | MERRICK BANK, 0705 S JORDAN GATEWAY #200, SOUTH JORDAN UT 84095 |
| 14765809 | + | MERRJCK BANK CORP, PO BOX 9201, OLD BETHPAGE NY 11804-9001 |
| 14765804 | + | NAVY FEDEFAL CU, ONE SECURTY PLACE, PO BOX 161006, MERRIFIELD VA 22119-0001 |
| 14765802 | + | NORDSTORM/TD BANK, 13531 E CALEY AVE SERVICE, ENGLEWOOD CO 80111-6504 |
| 14765807 | #+ | SYNCH/ AT HOME, PO BOX 965013, 4125 WINDWARD PLAZA, ORLANDO FL 32896-5013 |
| 14765813 | | ZSF ENTERPRISES, 72 BENSON A VE, HAMILTON NJ 08610 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 24 2023 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 23:34:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14765800 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2023 23:34:26 | CAPITAL ONE, PO BOX 31293, SA LT LAKE CITY UT 84131-0293 |
| 14765801 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2023 23:31:00 | COMENITY BANK/EXPRESS, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 14765806 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2023 23:31:00 | COMMENITY CAPITAL/FOREVER 21, PO BOX 1821.20, COLUMBUS OH 43218 |
| 14765814 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 24 2023 23:31:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD MA 02062-2679 |
| 14765808 | + | Email/Text: Documentfiling@lciinc.com | Apr 24 2023 23:31:00 | LENDING CLUB BANK, 595 MARKET STREET, STE 200, SAN FRANCISCO CA 94105-2802 |
| 14765810 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 24 2023 23:31:00 | NAVY FEDERAL CU, PO BOX 3700, MERRIFIELD VA 22119-3700 |
| 14765967 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2023 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14765797 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 23:34:27 | SYNC PPC, PO BOX 965005, ORLANDO FL 32896-5005 |
| 14765811 | + | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2023 | Form ID: pdf900 | Total Noticed: 24

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 24 2023 23:34:36 | SYNCH/PPC, PO BOX 530975, ORLANDO FL 32896-0001 |
| 14765891 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 23:34:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14765803 | + | Email/Text: bncmail@w-legal.com | Apr 24 2023 23:31:00 | TD BANK TARGET, 7000 TARGET PKWY N, MAIL STOP NCO 0450, BROOKLYN PARK MN 55445-4301 |
| 14765812 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 24 2023 23:31:00 | VERIZON WIRELESS, PO BOX 650051, DALLAS TX 75265-0051 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| MARK A. CRONIN | on behalf of Creditor CSMC 2022-RPL3 Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Bennesha McCoy | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10778-mdc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/16/2023, this case is hereby DISMISSED.

April 22, 2023

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:   Means Test Calculation 122A-2

bfmisdoc