Bennesha P. McCoy  
319 Lafayette Street  
Bristol, PA 19007  
609-772-0305

5/4/2023

Bankruptcy No. 23-10778-mdc

---

I, Bennesha P McCoy, am writing this letter to please ask the Judge to reconsider dismissing my Chapter 7 bankruptcy case. I was really trying hard to complete the packet by myself. I really didn't have the funds to pay an attorney, so I tried completing the Chapter 7 packet on my own. I got my thoughts together and took my time and completed the necessary documents. My case was dismissed due to not completing the one form Means Test Calculation 122A-2 form. I have recently sent over a completed packet with all required documents praying this time the Bankruptcy can move forward. This has been a trying beginning of the year and I really need a reset button. I hope that this letter will help in asking that my case be reconsidered. I thank you in advance for taking the time to review my documents and this letter as well.

Sincerely Yours,

*[signature]*

Bennesha P. McCoy

MAY - 8 2023