*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bennesha McCoy
    Debtor(s)

Case No: 23–10778–mdc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Pro Se Letter– Motion to Reconsider Dismissal of Case Filed by Bennesha McCoy Represented by Self

    on: 6/7/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/9/23

Timothy B. McGrath
Clerk of Court