UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                                                       :
                                                                                      Bankruptcy No. 23-10778-mdc

Bennesha McCoy                        :
            Debtor                                                                          Chapter 7
                                                            :

## ORDER

AND NOW, this __7th__ day of __June__, 2023, the Order dated 4/22/23 Dismissing this case for Debtor's failure file missing document, the debtor having filed the document.

ORDERED AND DECREED that the Order Dismissing the case is VACATED.
.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
United States Chief Bankruptcy Judge

**CHRISTINE C. SHUBERT**
821 Wesley Avenue
Ocean City, NJ 08226

**Bennesha McCoy**
319 Lafayette Street
Bristol, Pa 19007

**United States Trustee**
900 Market Street Suite 320
Philadelphia, PA 19107