Certificate Number: 14912-PAE-DE-037591508

Bankruptcy Case Number: 23-10778



14912-PAE-DE-037591508

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 14, 2023</u>, at <u>12:22</u> o'clock <u>PM EDT</u>, <u>Bennesha Mccoy</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.



Date:  July 14, 2023                By:  /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor