UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    BENNESHA MCCOY    :    CHAPTER 7

DEBTOR    :    CASE NO. 23-10778

PRAECIPE TO WITHDRAW
Docket Entry Chapter 7 Trustee's Report of No Distribution

TO THE CLERK:

    Kindly withdraw the docket entry, "Report of No Distribution" filed on 4/24/23. The case has been reinstated.

Dated: August 8, 2023    /s/ Christine Shubert, Esquire
    Chapter 7 Trustee