Bennesha P McCoy
319 Lafayette St
Bristol PA 190007                                               8/10/2023
609-772-0305
Case Number# 23-10778-mdc

Good morning,

I Bennesha McCoy am submitting these documents as an amendment per the trustee Christine Huber. I provided all documents to Mrs. Hubert that was requested, and it's been a nightmare. She stated that I needed to submit an amendment. So, I am sending the requested amendment. Schedule A/B, Schedule D, Schedule I and Schedule J. I pray that does not affect my hearing for 9/19/2023.

Sincerely yours,

Bennesha P. McCoy

AUG 14 2023

**Fill in this information to identify your case:**

Debtor 1: Bennesha Prestchelle McCoy

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the _____ District of _____

Case number (if known): 23-10778-mdc

AUG 1 4 2023

☐ Check if this is an amended filing

## Official Form 106D

### Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim | Column B<br>Value of collateral | Column C<br>Unsecured portion |
|---|---|---|---|

**2.1** SPS MORTGAGE
Creditor's Name: PO Box 65250,
Salt Lake City, Ut
SALT Lake City  UT  84165

Describe the property that secures the claim: This is my primary residence

$122,810    $277,000    $____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 06/02/2008

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number: 3 6 4 5

**2.2** Navy federal Credit Union
Creditor's Name: 314 Horsham Rd
Horsham  PA  19044

Describe the property that secures the claim: Vehicle i was making payments on

$26,000    $36,000    $____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 12/22/2022

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number: 0 0 1 5

Add the dollar value of your entries in Column A on this page. Write that number here: $____

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___