Bennesha P McCoy
319 Lafayette St
Bristol PA 190007                                         8/10/2023
609-772-0305
Case Number# 23-10778-mdc

Good morning,

I Bennesha McCoy am submitting these documents as an amendment per the trustee Christine Huber. I provided all documents to Mrs. Hubert that was requested, and it's been a nightmare. She stated that I needed to submit an amendment. So, I am sending the requested amendment. Schedule A/B, Schedule D, Schedule I and Schedule J. I pray that does not affect my hearing for 9/19/2023.

Sincerely yours,

Bennesha P. McCoy

AUG 14 2023

**Fill in this information to identify your case:**

Debtor 1: BENNESHA MCCOY

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: _____ District of _____

Case number (if known): ___

☐ Check if this is an amended filing

AUG 1 4 2023

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

**2.1** MACY/CITIBANK NA
Priority Creditor's Name
911 DUCK BLVD
Number    Street
MASON    OH    45040
City    State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1 3 9 2    Total claim $800.00    Priority amount $___    Nonpriority amount $___
When was the debt incurred? 04/22/2018

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify CREDIT CARD

**2.2** SYNCB/PPC
Priority Creditor's Name
P O BOX 965005
Number    Street
ORLANDO    FL    32896
City    State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  7 9 8 0    Total claim $2,648.00    Priority amount $___    Nonpriority amount $___
When was the debt incurred? 05/06/2021

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify CREDIT CARD

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of ___

Debtor 1  **BENNESHA MCCOY**  
First Name  Middle Name  Last Name

Case number (if known) _____

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**MERRICK BANK**  
Priority Creditor's Name  
10705 S JORDAN GATEWAY #200  
Number  Street  

SOUTH JORDAN  UT  84095  
City  State  ZIP Code

Last 4 digits of account number  7 6 5 8  
When was the debt incurred?  12/08/2020

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $1,500.00

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☒ Other. Specify _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**COMENITY BANK/VICTORIA SEC**  
Priority Creditor's Name  
P O BOX 182789  
Number  Street  

COLUMBUS  OH  43218  
City  State  ZIP Code

Last 4 digits of account number  6 8 7 2  
When was the debt incurred?  07/01/2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $262.00

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☒ Other. Specify CREDIT CARD

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**CAPITAL ONE**  
Priority Creditor's Name  
P O BOX 31293  
Number  Street  

SALT LAKE CITY  UT  84131  
City  State  ZIP Code

Last 4 digits of account number  4 2 0 7  
When was the debt incurred?  02/18/2020

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $1,267.00

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☒ Other. Specify CREDIT CARD

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page ___ of ___

Debtor 1  **BENNESHA MCCOY**
           First Name   Middle Name   Last Name

Case number (if known) _____    page ___

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|
| **4.1** | **CAPITAL ONE** — Nonpriority Creditor's Name<br>P O BOX 31293<br>SALT LAKE CITY, UT 84131<br><br>Who incurred the debt? Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☒ No  ☐ Yes | Last 4 digits of account number  9 4 8 6<br>When was the debt incurred? 06/12/2017<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent  ☐ Unliquidated  ☐ Disputed<br><br>Type of NONPRIORITY unsecured claim:<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify CREDIT CARD | $1,200.00 |
| **4.2** | **COMENITY BANK/EXPRESS**<br>P O BOX 182789<br>COLUMBUS, OH 43218<br><br>Who incurred the debt? Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☒ No  ☐ Yes | Last 4 digits of account number  0 0 6 5<br>When was the debt incurred? 05/03/2017<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent  ☐ Unliquidated  ☐ Disputed<br><br>Type of NONPRIORITY unsecured claim:<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify CREDIT CARD | $600.00 |
| **4.3** | **NORDSTROM/TD BANK**<br>13531 E CALEY AVE SERVICE<br>ENGLEWOOD, CO 80111<br><br>Who incurred the debt? Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☒ No  ☐ Yes | Last 4 digits of account number  8 6 4 4<br>When was the debt incurred? 10/13/2021<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent  ☐ Unliquidated  ☐ Disputed<br><br>Type of NONPRIORITY unsecured claim:<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify CREDIT CARD | $500.00 |

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page ___ of ___

Debtor 1  **BENNESHA MCCOY**

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

---

**TD BANK/TARGET**
Nonpriority Creditor's Name
7000 TARGET PKWY N MAILSTOP NCD 0450
BROOKLYN PARK, MN 55445

Last 4 digits of account number  0 9 2 5
When was the debt incurred?  01/13/2018

Total claim: $1,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  CREDIT CARD

---

**NAVY FEDERAL CU**
Nonpriority Creditor's Name
ONE SECURITY PLACE P O BOX 161006
MERRIFIELD, VA 22119

Last 4 digits of account number  X X 9 0
When was the debt incurred?  10/20/2020

Total claim: $2,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  CREDIT CARD

---

**COMENITY CAPITAL/ FOREVER 21**
Nonpriority Creditor's Name
P O BOX 182120
COLUMBUS, OH 43218

Last 4 digits of account number  9 5 0 4
When was the debt incurred?  02/26/2020

Total claim: $207.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  CREDIT CARD

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___

Debtor 1 _____   Case number (if known)_____
First Name    Middle Name    Last Name

**Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

☐

SYNCB/AT HOME
Nonpriority Creditor's Name
P O BOX 965013 / 4125 WINDWARD PLZ
Number    Street
ORLANDO              FL    32896
City                 State  ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  6  5  0  8          $ 300.00
When was the debt incurred?  03/03/2022

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CREDIT CARD

☐

LENDING CLUB BANK
Nonpriority Creditor's Name
595 MARKET ST, SUITE 200
Number    Street
SAN FRANCISCO            CA    94105
City                 State  ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  9  8  6  6          $ 10,000.00
When was the debt incurred?  02/01/2022

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  PERSONAL LOAN

☐

MERRICK BANK CORP
Nonpriority Creditor's Name
P O BOX 9201
Number    Street
OLD BETHPAGE             NY    11804
City                 State  ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  2  5  3  9          $ 1,600.00
When was the debt incurred?  12/08/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CREDIT CARD

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ___

Debtor 1  **BENNESHA MCCOY**                                    Case number (if known) _____

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**NAVY FEDERAL CU**
Nonpriority Creditor's Name
P O BOX 3700
Number    Street
MERRIFIELD        VA    22119
City              State  ZIP Code

Last 4 digits of account number  9 5 5 0        $ 500.00
When was the debt incurred?  10/20/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CREDIT CARD

Is the claim subject to offset?
☒ No
☐ Yes

---

**NAVY FEDERAL CU**
Nonpriority Creditor's Name
P O BOX 3700
Number    Street
MERRIFIELD        VA    22119
City              State  ZIP Code

Last 4 digits of account number  0 0 1 5        $ 26,000.00
When was the debt incurred?  12/02/2022

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  AUTO LOAN

Is the claim subject to offset?
☒ No
☐ Yes

---

**SYNCH/PPC**
Nonpriority Creditor's Name
P O BOX 530975
Number    Street
ORLANDO           FL    32896
City              State  ZIP Code

Last 4 digits of account number  4 4 1 9        $ 2,700.00
When was the debt incurred?  05/06/2021

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  LOAN

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___