*Form 236* (3/23)–doc 46 – 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Bennesha McCoy<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−10778−mdc<br><br>Chapter: 7 |

## Fee Due Notice

Re:  Doc.# [44] Schedule D

The above document(s) were filed in this office. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ☐ Voluntary Petition
- ☐ Adversary Proceeding
- ☑ Filing Fee for Amendments
- ☐ Claims Transfer Fee
- ☐ Motion Filing Fee
- ☐ Notice of Appeal

Total:    $32.00

E−Filers, please submit the payment(s) as required by the court's standing order Misc. No. 15−3008mdc.

Non−e−filers, submit your Money Order made payable to Clerk, U.S. Bankruptcy Court by mail to:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

If the delinquency is not paid on or before August 25, 2023, this matter will be referred to the Chief Judge.

Date: August 18, 2023

For The Court

Timothy B. McGrath
Clerk of Court