**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re **BENNESHA MCCOY**

Debtor(s)

Case No. **23-10778-mdc**

Chapter **7**

**PRAECIPE FOR ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

TO THE CLERK and HONORABLE JUDGES OF THE U.S. BANKRUPTCY COURT:

Kindly enter my Appearance on behalf of Debtor, Bennesha McCoy. Kindly place me on the service list to receive all notices of future filings.

/s/ Sergey Joseph Litvak
Sergey Joseph Litvak, Esq.
Litvak Legal Group, PLLC.
3070 Bristol Pike, Ste.1-204
Bensalem, PA 19020
215.515.7113

September 27, 2023