**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re | **BENNESHA MCCOY** | Case No. | **23-10778-mdc** |
|---|---|---|---|
| | Debtor(s) | Chapter | 7 |

## ORDER

AND NOW, this 28th day of September 2023, upon consideration of the Praecipe to Convert from Chapter 7 to Chapter 13 filed by Sergey Joseph Litvak, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted the relief she requested: the case to be converted from Chapter 7 to Chapter 13 AND Debtor is allowed Fourteen (14) days to file the required schedules, forms and other documents in the converted case.

MAGDELINE D. COLEMAN
Chief Bankruptcy Judge

Copies to:

Sergey Joseph Litvak, Esq.
Litvak Legal Group, PLLC.
3070 Bristol Pike
Building One, Suite 204
Bensalem, PA 19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee
Debtor