Department of the Treasury
State of New Jersey
Trenton, New Jersey 08625-0221
PAYROLL ACCOUNT

Bank Name: PNC BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| BENNESHA MCCOY | 319 LAFAYETTE ST, BRISTOL | PA 19007 | 6760 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 19 | 09/08/2023 | 09/15/2023 | EF661015 | 2023 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 551 | 34 | 34 | 7 | S-03 | | A-02 | 20 |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 275.20 | 10.00 | 2752.06 |
| Overtime | 51.60 | 16.20 | 835.92 |
| Total | | | 3582.82 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 65963.24 |
| Taxable Wages - Federal | 58099.43 |
| Taxable Wages - NJ | 65963.24 |
| Base Wages (Subject to Pension Ded) | 52141.44 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 362.87 | 6434.79 | Contributory Insurance | 13.76 |
| FICA & YTD | 210.78 | 3874.55 | CWA - Full member dues | 31.75 |
| NJ Income Tax & YTD | 176.54 | 3190.32 | | |
| Medicare & YTD | 49.29 | 906.17 | | |
| Pension Contribution & YTD | 206.40 | 3910.54 | | |
| Pension Loan Payment & BAL | 325.53 | 5859.54 | | |
| Unemployment Ins. & YTD | | 174.68 | | |
| Salary Recovery & BAL | 5.16 | | | |
| Pre-Tax Dental & YTD | 20.15 | 382.85 | | |
| Pre-Tax Health/PD & YTD | 163.00 | 3088.32 | | |
| Deferred Comp & YTD  1 % | 25.40 | 482.10 | | |
| Family Leave Insurance & YTD | 2.15 | 39.50 | | |
| | | | Total Deductions | 1587.62 |
| | | | Net Pay | 1995.20 |

**Health and Dental Coverage**
For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

**Department of the Treasury**
**State of New Jersey**
Trenton, New Jersey 08625-0221
**PAYROLL ACCOUNT**

Bank Name: PNC BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| BENNESHA MCCOY | 72 BENSON AV APT 2, HAMILTON | NJ 08610 | 6760 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 17 | 08/11/2023 | 08/18/2023 | EF517845 | 2023 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 551 | 34 | 34 | 1227507 | S-03 | | A-02 | 20 |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 275.20 | 10.00 | 2752.06 |
| Overtime | 51.60 | 9.40 | 485.04 |
| Total | | | 3237.10 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 58286.76 |
| Taxable Wages - Federal | 51252.90 |
| Taxable Wages - NJ | 58286.76 |
| Base Wages (Subject to Pension Ded) | 46637.32 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 286.80 | 5596.67 | Contributory Insurance | 13.76 |
| FICA & YTD | 189.34 | 3421.32 | CWA - Full member dues | 31.75 |
| NJ Income Tax & YTD | 152.34 | 2817.73 | | |
| Medicare & YTD | 44.28 | 800.18 | | |
| Pension Contribution & YTD | 206.40 | 3497.74 | | |
| Pension Loan Payment & BAL | 325.53 | 6510.60 | | |
| Unemployment Ins. & YTD | | 174.68 | | |
| Pre-Tax Dental & YTD | 20.15 | 342.55 | | |
| Pre-Tax Health/PD & YTD | 163.00 | 2762.32 | | |
| Deferred Comp & YTD  1 % | 25.45 | 431.25 | | |
| Family Leave Insurance & YTD | 1.94 | 34.90 | | |
| | | | Total Deductions | 1460.74 |
| | | | Net Pay | 1776.36 |

**Health and Dental Coverage**
For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

Department of the Treasury
State of New Jersey
Trenton, New Jersey 08625-0221
PAYROLL ACCOUNT

Bank Name: PNC BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| BENNESHA MCCOY | 72 BENSON AV APT 2, HAMILTON | NJ 08610 | 6760 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 18 | 08/25/2023 | 09/01/2023 | EF592251 | 2023 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 551 | 34 | 34 | | S-03 | | A-02 | 20 |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 275.20 | 10.00 | 2752.06 |
| Overtime | 51.60 | 18.50 | 954.60 |
| Total | | | 3706.66 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 62380.42 |
| Taxable Wages - Federal | 54931.56 |
| Taxable Wages - NJ | 62380.42 |
| Base Wages (Subject to Pension Ded) | 49389.38 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 390.11 | 6071.92 | Contributory Insurance | 13.76 |
| FICA & YTD | 218.46 | 3663.77 | CWA - Full member dues | 31.75 |
| NJ Income Tax & YTD | 185.21 | 3013.78 | | |
| Medicare & YTD | 51.09 | 856.88 | | |
| Pension Contribution & YTD | 206.40 | 3704.14 | | |
| Pension Loan Payment & BAL | 325.53 | 6185.07 | | |
| Unemployment Ins. & YTD | | 174.68 | | |
| Pre-Tax Dental & YTD | 20.15 | 362.70 | | |
| Pre-Tax Health/PD & YTD | 163.00 | 2925.32 | | |
| Deferred Comp & YTD  1 % | 25.45 | 456.70 | | |
| Family Leave Insurance & YTD | 2.22 | 37.35 | | |

Total Deductions: 1633.13
Net Pay: 2073.53

**Health and Dental Coverage**
For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.