**Department of the Treasury**
**State of New Jersey**
Trenton, New Jersey 08625-0221
PAYROLL ACCOUNT

Bank Name: PNC BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| BENNESHA MCCOY | 319 LAFAYETTE ST, BRISTOL | PA 19007 | ▓60 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 24 | 11/17/2023 | 11/24/2023 | ▓ | 2023 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 551 | 34 | 34 | ▓ | S-03 | | A-02 | 20 |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 284.83 | 10.00 | 2848.38 |
| Overtime | 53.41 | 4.30 | 229.66 |
| Total | | | 3078.04 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 82882.36 |
| Taxable Wages - Federal | 72929.72 |
| Taxable Wages - NJ | 82882.36 |
| Base Wages (Subject to Pension Ded) | 65998.06 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 248.77 | 8027.16 | Contributory Insurance | 14.24 |
| FICA & YTD | 179.13 | 4866.40 | CWA - Full member dues | 32.86 |
| NJ Income Tax & YTD | 141.21 | 4003.38 | | |
| Medicare & YTD | 41.89 | 1138.14 | | |
| Pension Contribution & YTD | 213.63 | 4949.77 | | |
| Pension Loan Payment & BAL | 325.53 | 4231.89 | | |
| Unemployment Ins. & YTD | | 174.68 | | |
| Pre-Tax Dental & YTD | 20.15 | 483.60 | | |
| Pre-Tax Health/PD & YTD | 168.71 | 3909.03 | | |
| Deferred Comp & YTD  1 % | 26.34 | 610.24 | | |
| Family Leave Insurance & YTD | 1.85 | 49.65 | | |
| | | | Total Deductions | 1414.31 |
| | | | Net Pay | 1663.73 |

**Health and Dental Coverage**
For Health Benefit plan or coverage information please login to your  myNewJersey account and access your Benefitsolver account.

**Department of the Treasury**
**State of New Jersey**
Trenton, New Jersey 08625-0221
PAYROLL ACCOUNT

Bank Name: PNC BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| BENNESHA MCCOY | 319 LAFAYETTE ST, BRISTOL | PA 19007 | |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 23 | 11/03/2023 | 11/09/2023 | | 2023 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 551 | 34 | 34 | | S-03 | | A-02 | 20 |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 275.20 | 10.00 | 2752.06 |
| Overtime | 51.60 | 18.60 | 959.76 |
| Total | | | 3711.82 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 79804.32 |
| Taxable Wages - Federal | 70280.51 |
| Taxable Wages - NJ | 79804.32 |
| Base Wages (Subject to Pension Ded) | 63149.68 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 391.24 | 7778.39 | Contributory Insurance | 13.76 |
| FICA & YTD | 218.78 | 4687.27 | CWA - Full member dues | 31.75 |
| NJ Income Tax & YTD | 185.57 | 3862.17 | | |
| Medicare & YTD | 51.17 | 1096.25 | | |
| Pension Contribution & YTD | 206.40 | 4736.14 | | |
| Pension Loan Payment & BAL | 325.53 | 4557.42 | | |
| Unemployment Ins. & YTD | | 174.68 | | |
| Pre-Tax Dental & YTD | 20.15 | 463.45 | | |
| Pre-Tax Health/PD & YTD | 163.00 | 3740.32 | | |
| Deferred Comp & YTD  1 % | 25.45 | 583.90 | | |
| Family Leave Insurance & YTD | 2.23 | 47.80 | | |
| | | | Total Deductions | 1635.03 |
| | | | Net Pay | 2076.79 |

**Health and Dental Coverage**
For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

**Department of the Treasury**
**State of New Jersey**
Trenton, New Jersey 08625-0221
**PAYROLL ACCOUNT**

Bank Name: PNC BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| BENNESHA MCCOY | 319 LAFAYETTE ST, BRISTOL | PA 19007 | |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 22 | 10/20/2023 | 10/27/2023 | | 2023 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 551 | 34 | 34 | | S-03 | | A-02 | 20 |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 275.20 | 10.00 | 2752.06 |
| Overtime | 51.60 | 12.10 | 624.36 |
| Total | | | 3376.42 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 76092.50 |
| Taxable Wages - Federal | 66983.69 |
| Taxable Wages - NJ | 76092.50 |
| Base Wages (Subject to Pension Ded) | 60397.62 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 317.45 | 7387.15 | Contributory Insurance | 13.76 |
| FICA & YTD | 197.98 | 4468.49 | CWA - Full member dues | 31.75 |
| NJ Income Tax & YTD | 162.09 | 3676.60 | | |
| Medicare & YTD | 46.30 | 1045.08 | | |
| Pension Contribution & YTD | 206.40 | 4529.74 | | |
| Pension Loan Payment & BAL | 325.53 | 4882.95 | | |
| Unemployment Ins. & YTD | | 174.68 | | |
| Pre-Tax Dental & YTD | 20.15 | 443.30 | | |
| Pre-Tax Health/PD & YTD | 163.00 | 3577.32 | | |
| Deferred Comp & YTD  1 % | 25.45 | 558.45 | | |
| Family Leave Insurance & YTD | 2.02 | 45.57 | | |
| | | | Total Deductions | 1511.88 |
| | | | Net Pay | 1864.54 |

**Health and Dental Coverage**
For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

Department of the Treasury
State of New Jersey
Trenton, New Jersey 08625-0221
PAYROLL ACCOUNT

Bank Name: PNC BANK

## Statement of Earnings and Deductions

| Employee Name | Address | Employee ID |
|---|---|---|
| BENNESHA MCCOY | 319 LAFAYETTE ST, BRISTOL   PA 19007 | |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 21 | 10/06/2023 | 10/13/2023 | | 2023 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 551 | 34 | 34 | | S-03 | | A-02 | 20 |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 275.20 | 10.00 | 2752.06 |
| Overtime | 51.60 | 14.10 | 727.56 |
| Total | | | 3479.62 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 72716.08 |
| Taxable Wages - Federal | 64022.27 |
| Taxable Wages - NJ | 72716.08 |
| Base Wages (Subject to Pension Ded) | 57645.56 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 340.16 | 7069.70 | Contributory Insurance | 13.76 |
| FICA & YTD | 204.38 | 4270.51 | CWA - Full member dues | 31.75 |
| NJ Income Tax & YTD | 169.32 | 3514.51 | | |
| Medicare & YTD | 47.80 | 998.78 | | |
| Pension Contribution & YTD | 206.40 | 4323.34 | | |
| Pension Loan Payment & BAL | 325.53 | 5208.48 | | |
| Unemployment Ins. & YTD | | 174.68 | | |
| Pre-Tax Dental & YTD | 20.15 | 423.15 | | |
| Pre-Tax Health/PD & YTD | 163.00 | 3414.32 | | |
| Deferred Comp & YTD  1 % | 25.45 | 533.00 | | |
| Family Leave Insurance & YTD | 2.09 | 43.55 | | |
| | | | Total Deductions | 1549.79 |
| | | | Net Pay | 1929.83 |

**Health and Dental Coverage**
For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

**Department of the Treasury**
**State of New Jersey**
Trenton, New Jersey 08625-0221
**PAYROLL ACCOUNT**

Bank Name: PNC BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| BENNESHA MCCOY | 319 LAFAYETTE ST, BRISTOL | PA 19007 | 760 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 20 | 09/22/2023 | 09/29/2023 | | 2023 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 551 | 34 | 34 | | S-03 | | A-02 | 20 |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 275.20 | 10.00 | 2752.06 |
| Overtime | 51.60 | 10.10 | 521.16 |
| Total | | | 3273.22 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 69236.46 |
| Taxable Wages - Federal | 60957.65 |
| Taxable Wages - NJ | 69236.46 |
| Base Wages (Subject to Pension Ded) | 54893.50 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 294.75 | 6729.54 | Contributory Insurance | 13.76 |
| FICA & YTD | 191.58 | 4066.13 | CWA - Full member dues | 31.75 |
| NJ Income Tax & YTD | 154.87 | 3345.19 | | |
| Medicare & YTD | 44.81 | 950.98 | | |
| Pension Contribution & YTD | 206.40 | 4116.94 | | |
| Pension Loan Payment & BAL | 325.53 | 5534.01 | | |
| Unemployment Ins. & YTD | | 174.68 | | |
| Pre-Tax Dental & YTD | 20.15 | 403.00 | | |
| Pre-Tax Health/PD & YTD | 163.00 | 3251.32 | | |
| Deferred Comp & YTD  1 % | 25.45 | 507.55 | | |
| Family Leave Insurance & YTD | 1.96 | 41.46 | | |
| | | | Total Deductions | 1474.01 |
| | | | Net Pay | 1799.21 |

**Health and Dental Coverage**
For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.