*Form 237* (3/23)–doc 83

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Bennesha McCoy<br><br>  Debtor(s). | Case No. 23–10778–mdc<br><br>Chapter: 13 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Bristol Borough Sewer Authority;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 5720.61 has been filed in your name by Debtor Bennesha McCoy on 02/21/2024.

Date: February 22, 2024                                                          For The Court

                                                                                 Timothy B. McGrath
                                                                                 Clerk of Court