IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BENNESHA MCCOY : CHAPTER 13

: BKY. NO. 23-10778-amc

Debtor :

## CERTIFICATE OF SERVICE

As requested by the Court, I, Sergey Joseph Litvak, Esquire, hereby certify that I am the attorney for Debtor in the above-captioned matter and that I have served copies of Debtor's Objection to Claim No. 14 on Navy Federal Credit Union by USPS registered mail on February 21, 2024 to the addresses indicated below:

Mary McDuffy
President/CEO
Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

I further certify that I received a signed Return Receipt for the mailing of the above documents that is attached and incorporated to this document as **Exhibit A**.

Dated: May 2, 2024

                                                  /s/ Sergey Joseph Litvak
                                                Sergey Joseph Litvak Esquire
                                                Attorney for Debtor