# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary McDuffie
President/CEO
Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

9590 9402 7272 1284 5247 72

2. Article Number (Transfer from service label)

0022 3330 0002 0699 7274

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 7272 1284 5247 72

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

Litvak Legal Group, PLLC
3070 Bristol Pike, Ste. 1-204
Bensalem, PA 19020

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10