IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BENNESHA MCCOY        :        CHAPTER 13

                                               :        BKY. NO. 23-1077amc

           Debtor        :

## ORDER

AND NOW, this  10th  day of  May , 2024 upon consideration of the debtor's objection to the proof of claim No. 14 of Navy Federal Credit Union:

It is hereby ORDERED and DECREED that the proof of claim No. 14 filed by Navy Federal Credit Union is hereby stricken and removed from the Claims Register.

_____
Judge Ashely M. Chan