L.B.F. 3007-1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: BENNESHA MCCOY        :        Chapter 13
                             :
                             :
    Debtor                   :        Bky. No. 23-10778-amc

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

Debtor, Bennesha McCoy, has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.** (**If you do not have an attorney, you may wish to consult an attorney**).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on 06/27/2024, at 11:00 a.m., in Courtroom No. 4, United States Bankruptcy Court for the Eastern District of Pennsylvania (900 Market Street, Suite 400, Philadelphia, PA 19107). If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

   /s/ Sergey Joseph Litvak
Sergey Joseph Litvak, Esq.
Litvak Legal Group, PLLC.
3070 Bristol Pike, Ste.1-204
Bensalem, PA 19020
215.515.7113

May 15, 2024