**WEINSTEIN & RILEY, PS**
1415 Western Ave., Suite 700
Seattle, WA 98101
Contact phone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>Bennesha Mccoy<br>　　　　　Debtor.<br><br><br>SSN # XXX-XX-9173 | Chapter 13<br>CASE NO. 23-10778<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Sergey Joseph Litvak
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of TD Bank USA, N.A., for account # **XXXXXXXXXXXX0925**, in the amount of $768.44 docketed by the court on **December 4, 2023**, claim number 12.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   May 16, 2024

**WEINSTEIN & RILEY, PS**

/s/ Jordan Morrison
Jordan Morrison, Supervisor
Representative for Creditor
1415 Western Ave., Suite 700
Seattle, WA 98101
Telephone: (877) 332 3544
Email: bncmail@w-legal.com

**WEINSTEIN & RILEY, PS**
1415 Western Ave., Suite 700
Seattle, WA 98101
Contact phone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>Bennesha Mccoy<br>　　　　　Debtor.<br><br><br>SSN # XXX-XX-9173 | Chapter 13<br>CASE NO. 23-10778 |

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 12 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on May 16, 2024 to the following parties:

Trustee via E-Filing
KENNETH E WEST
ecfemails@ph13trustee.com

Debtors' Counsel via E-Filing
SERGEY JOSEPH LITVAK
joelitvakesq@gmail.com

U.S. Trustee via E-Filing
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Dated: May 16, 2024

　　　　　　　　　　　　　　　　　/s/ Poonsri Wallace
　　　　　　　　　　　　　　　　　Poonsri Wallace