**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: BENNESHA MCCOY | : | CHAPTER 13 |
| | : | BKY. NO. 23-10778-amc |
| Debtor | : | Chief Judge Hon. Ashely M. Chan |

**PRAECIPE TO WITHDRAW DOCKET ENTRY NO. 102**

TO THE COURT:

On behalf of the Debtor, please withdraw Docket Entry ECF No. 102, Debtor's Objection to Claim, as the Creditor withdrew the Claim.


Date: __05/24/2024__                              _____/s/ Sergey Joseph Litvak_____

Sergey Joseph Litvak, Esq.
Attorney For Debtor.
Litvak Legal Group, PLLC.
3070 Bristol Pike, Ste.1-204
Bensalem, PA 19020

(215) 515-7113
joelitvakesq@gmail.com