United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10778-amc

Bennesha McCoy  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 20, 2024 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bennesha McCoy, 319 Lafayette Street, Bristol, PA 19007-5217 |
| 14857169 | + | Bristol Borough Sewer Authority, 250 Pond St., Bristol, PA 19007-4937 |
| 14765799 | | COMMENITY BANK/ VICTORIA SECRECT, PO BOX l82789, COLUMBUS OH 43218 |
| 14774966 | + | CSMC 2022-RPL3 Trust, C/O Mark A. Cronin, Esq., KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14765796 | | MACY/ClTIBANK NA, 91 l DUCK BLVD, MASON OH 45040 |
| 14765798 | | MERRICK BANK, 0705 S JORDAN GATEWAY #200, SOUTH JORDAN UT 84095 |
| 14765809 | + | MERRJCK BANK CORP, PO BOX 9201, OLD BETHPAGE NY 11804-9001 |
| 14765804 | + | NAVY FEDEFAL CU, ONE SECURTY PLACE, PO BOX 161006, MERRIFIELD VA 22119-0001 |
| 14765802 | + | NORDSTORM/TD BANK, 13531 E CALEY AVE SERVICE, ENGLEWOOD CO 80111-6504 |
| 14765807 | + | SYNCH/ AT HOME, PO BOX 965013, 4125 WINDWARD PLAZA, ORLANDO FL 32896-5013 |
| 14765891 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14765813 | | ZSF ENTERPRISES, 72 BENSON A VE, HAMILTON NJ 08610 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14765800 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 07:40:30 | CAPITAL ONE, PO BOX 31293, SA LT LAKE CITY UT 84131-0293 |
| 14765801 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2024 07:28:00 | COMENITY BANK/EXPRESS, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 14765806 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2024 07:28:00 | COMMENITY CAPITAL/FOREVER 21, PO BOX 1821.20, COLUMBUS OH 43218 |
| 14765814 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 21 2024 07:28:08 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD MA 02062-2679 |
| 14837187 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 21 2024 07:28:00 | CSMC 2022-RPL3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14820065 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14765808 | + | Email/Text: Documentfiling@lciinc.com | Jun 21 2024 07:27:00 | LENDING CLUB BANK, 595 MARKET STREET, STE 200, SAN FRANCISCO CA 94105-2802 |
| 14826386 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2024 07:40:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14836409 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 21 2024 07:28:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14765810 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 21 2024 07:28:00 | NAVY FEDERAL CU, PO BOX 3700, MERRIFIELD VA 22119-3700 |
| 14836386 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: 155 | Total Noticed: 33 |

| | | Jun 21 2024 07:28:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
|---|---|---|---|
| 14765967 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14819525 | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2024 07:28:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14828882 | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2024 07:28:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14765797 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 21 2024 07:40:41 | SYNC PPC, PO BOX 965005, ORLANDO FL 32896-5005 |
| 14765811 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 21 2024 07:40:36 | SYNCH/PPC, PO BOX 530975, ORLANDO FL 32896-0001 |
| 14765891 | ^ MEBN | Jun 21 2024 07:19:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14765803 | + Email/Text: bncmail@w-legal.com | Jun 21 2024 07:28:00 | TD BANK TARGET, 7000 TARGET PKWY N, MAIL STOP NCO 0450, BROOKLYN PARK MN 55445-4301 |
| 14836200 | Email/Text: bncmail@w-legal.com | Jun 21 2024 07:28:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14817882 | + Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:44 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14765812 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 21 2024 07:27:00 | VERIZON WIRELESS, PO BOX 650051, DALLAS TX 75265-0051 |
| 14832616 | + Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 20, 2024 | Form ID: 155 | Total Noticed: 33 |

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2022-RPL3 Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| SERGEY JOSEPH LITVAK | on behalf of Debtor Bennesha McCoy joelitvakesq@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Bennesha McCoy<br><br>  Debtor(s). | Case No. 23−10778−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 20, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court