*Nonna Sorokina, Ph.D.*

1927 Urffers Rd., Coopersburg, PA
ph. 216-926-4586 nonna.sorokina.phd@gmail.com
www.nonnasorokinaphd.org

August 09, 2026

Case 23-10778; Bennesha McCoy

**Transaction Analysis for the Purposes of Testifying at Trial**

I reviewed the record of transactions under the Chapter 13 plan for Ms. Bennesha McCoy for the period from April 3, 2023, through August 4, 2026. The main source of the records was an MS Excel spreadsheet file with the history of amounts due and payments made provided by Ms. McCoy's lender CS MC2022-RPL3 TRUST, attached as Expert Report Exhibit 1. It was supplemented by payment history from Ms. Mcoy's checking account. The due amounts were only provided up until January 03, 2026, thus I assumed for the purpose of this analysis that for the remaining time February 2026 – August 2026 $982.44 was due on the third day of every month. In summary, total payments made to the above account since March 2023 exceeded amounts due by $830.70 as outlined in detail below.

During the period from December 7, 2023 through August 4, 2026, the total amount due was $35,130.93, consisting of 17 monthly payments of $982.44 and 15 monthly payments of $1,228.63. Thirty-seven payments were made during the same period totaling $37,700.85. Accordingly, the total payments made during the above-mentioned period exceeded the amounts due (and created a surplus in the account) by $2,569.92.

Furthermore, I reviewed Mortgage Proof of Claim Attachement for the Claim 15-1 Part 2 attached as McCoy Debtor Exhibit A. According to the claim, as presented on page 8 of the document, as of March 16, 2023, Principal, Interest and Escrow past due balance was $0.00 (Column G., last row). Additionally, there were $6,291.82 (Column L.) in unapplied funds remaining of the $11,206.34 in funds received on March 16, 2023 (Column C.). This surplus amount of $6,291.82 along with the payments made during the period from April 3, 2023 to December 6, 2023 in the total amount of $3,026.63 and surplus created by the payments made after December 7, 2023 in the amount of $2,569.92 (see Expert Report Exhibit 1 and previous paragraph) added up to $11,888.37. The latter amount paid exceeded $11,057.67 in total payments due for the period between April 3, 2023 and December 6, 2023 by $830.70 (overpayment).

Please do not hesitate to contact me by email or phone if you have any questions or require further clarification.

Nonna Sorokina, Ph.D.

| | |
|---|---|
| Loan Number | 2005101107 |
| Borrower | BENNESHA MCCOY |
| Payments in POC (Arrears details) | Principal Due $0.00 and Intrest due: $0.00, Prepetit |
| Case Number | 23-10778 |
| Filing Date | 3/16/2023 |
| 1st Post Due Date | 4/3/2023 |

POST-PETITION
PAYMENT CHANGES

| | | | | | |
|---|---|---|---|---|---|
| **EFFECTIVE** | 04/03/23 | 04/03/25 | 04/03/26 | | |
| **AMOUNT** | 1228.63 | 982.44 | 1002.56 | | |

| Date Received | Amount Received | Payment Amount Due | To/From Suspense | Suspense Balance | Due Date |
|---|---|---|---|---|---|
| | | | | 0.00 | |
| 6/8/2023 | 1228.63 | **1228.63** | 0.00 | 0.00 | **4/3/2023** |
| 7/24/2023 | 614.00 | | 614.00 | 614.00 | |
| 9/14/2023 | 620.00 | 1228.63 | (608.63) | 5.37 | 5/3/2023 |
| 10/30/2023 | 564.00 | | 564.00 | 569.37 | |
| 12/27/2023 | 614.00 | | 614.00 | 1183.37 | |
| 3/4/2024 | 1228.63 | 1228.63 | 0.00 | 1183.37 | 6/3/2023 |
| 4/15/2024 | 615.00 | 1228.63 | (613.63) | 569.74 | 7/3/2023 |
| 4/29/2024 | 615.00 | | 615.00 | 1184.74 | |
| 5/14/2024 | 615.00 | 1228.63 | (613.63) | 571.11 | 8/3/2023 |
| 5/28/2024 | 615.00 | | 615.00 | 1186.11 | |
| 7/10/2024 | 614.34 | 1228.63 | (614.29) | 571.82 | 9/3/2023 |
| 7/22/2024 | 614.34 | | 614.34 | 1186.16 | |
| 8/19/2024 | 1228.63 | 1228.63 | 0.00 | 1186.16 | 10/3/2023 |
| 9/16/2024 | 700.00 | 1228.63 | (528.63) | 657.53 | 11/3/2023 |
| 9/30/2024 | 528.63 | | 528.63 | 1186.16 | |
| 10/22/2024 | 600.00 | 1228.63 | (628.63) | 557.53 | 12/3/2023 |
| 11/27/2024 | 1228.63 | 1228.63 | 0.00 | 557.53 | 1/3/2024 |
| 12/26/2024 | 952.48 | 1228.63 | (276.15) | 281.38 | 2/3/2024 |
| 1/6/2025 | 952.48 | 1228.63 | (276.15) | 5.23 | 3/3/2024 |
| 2/6/2025 | 1813.09 | 1228.63 | 584.46 | 589.69 | 4/3/2024 |
| 2/7/2025 | 276.16 | | 276.16 | 865.85 | |
| 2/10/2025 | 952.48 | 1228.63 | (276.15) | 589.70 | 5/3/2024 |
| 2/14/2025 | 4710.33 | 1228.63 | 3481.70 | 4071.40 | 6/3/2024 |
| | | 1228.63 | (1228.63) | 2842.77 | 7/3/2024 |
| | | 1228.63 | (1228.63) | 1614.14 | 8/3/2024 |
| | | 1228.63 | (1228.63) | 385.51 | 9/3/2024 |
| 2/28/2025 | 1228.63 | 1228.63 | 0.00 | 385.51 | 10/3/2024 |
| 3/28/2025 | 983.00 | 1228.63 | (245.63) | 139.88 | 11/3/2024 |
| 5/9/2025 | 1000.00 | | 1000.00 | 1139.88 | |
| 6/6/2025 | 1000.00 | 1228.63 | (228.63) | 911.25 | 12/3/2024 |
| 7/7/2025 | 1000.00 | 1228.63 | (228.63) | 682.62 | 1/3/2025 |
| 8/1/2025 | 1000.00 | 1228.63 | (228.63) | 453.99 | 2/3/2025 |

Expert Report Exhibit 1

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2025 | 1000.00 | 1228.63 | (228.63) | 225.36 | 3/3/2025 |
| 9/29/2025 | 1000.00 | **982.44** | 17.56 | 242.92 | **4/3/2025** |
| 11/7/2025 | 1000.00 | 982.44 | 17.56 | 260.48 | 5/3/2025 |
| 12/5/2025 | 1000.00 | 982.44 | 17.56 | 278.04 | 6/3/2025 |
| 1/6/2026 | 1000.00 | 982.44 | 17.56 | 295.60 | 7/3/2025 |
| 2/2/2026 | 1000.00 | 982.44 | 17.56 | 313.16 | 8/3/2025 |
| 3/2/2026 | 1000.00 | 982.44 | 17.56 | 330.72 | 9/3/2025 |
| 4/1/2026 | 1003.00 | 982.44 | 20.56 | 351.28 | 10/3/2025 |
| 5/8/2026 | 1003.00 | 982.44 | 20.56 | 371.84 | 11/3/2025 |
| 6/5/2026 | 1003.00 | 982.44 | 20.56 | 392.40 | 12/3/2025 |
| 07/02/26 | 1003.00 | 982.44 | 20.56 | 412.96 | 1/3/2026 |
| | | | | | |
| **Arrears Due:** | 2/3/2026 | 982.44 | | | |
| | 3/3/2026 | 982.44 | | | |
| | **4/3/2026** | **1002.56** | | | |
| | 5/3/2026 | 1002.56 | | | |
| | 6/3/2026 | 1002.56 | | | |
| | 7/3/2026 | 1002.56 | | | |
| | | | | | |
| | | | | | |
| Less suspense: | | (412.96) | | | |
| **TOTAL:** | | **$5,562.16** | | | |

Expert Report Exhibit 1

**Nonna Y. Sorokina, Ph.D.**

114 Business Building, 120 Ridge View Dr., Dunmore, PA 18512
*ph. (216) 926-4586, e-mail:* sorokina@psu.edu
*web-page: https://nonnasorokinaphd.org*

## WORK EXPERIENCE

- 2026 – present ~ Associate Professor of Business (Finance)
  2020 – 2026 ~ Assistant Professor of Business (Finance)
  Pennsylvania State University, Dunmore, PA
- 2025 – present Senior Fellow, 2023 – 2025 ~ Fellow
  Artificial Intelligence and Machine Learning for Industry (AIMI), Pennsylvania State University, State College, PA
- 2024 – present ~ Faculty Affiliate
  Social Science Research Institute (SSRI), Pennsylvania State University, State College, PA
- 2024 – present ~ Faculty Affiliate
  Consortium on Substance Use and Addiction (CSUA), Pennsylvania State University, State College, PA
- 2022 – 2025 ~ Associate Member
  Institute for Computation and Data Sciences (ICDS), Pennsylvania State University, State College, PA
- 2025 – 2026 / selected terms ~ Adjunct Associate Professor of Finance
  2020 – 2024 / selected terms ~ Adjunct Assistant Professor of Finance
  Temple University, Philadelphia, PA
- 2016 – 2020 ~ Assistant Professor of Finance
  The College of New Jersey, Ewing, NJ
- 2014-2016 ~ Visiting Professor
  Wake Forest University, Winston-Salem, NC
- 2010-2014 ~ Instructor in Finance, Research Assistant
  Kent State University, Kent, OH
- Financial Industry experience primarily in Investment Banking, Capital Markets / Secondary Mortgage Marketing (various roles) ~ summary is provided at the end of the CV

## EDUCATION

- 2010-2014 ~ Ph.D. in Business Administration / Finance, with a minor in Applied Statistics
  Kent State University, Kent, OH
- 2005-2007 ~ MBA, concentration in Finance
  Cleveland State University, Cleveland, OH
- 1993-1998 ~ Diploma of Specialist in Finance and Banking
  Donetsk State University, Donetsk, Ukraine

## RESEARCH

***Interests***: capital structure, financial regulation, financial crises, real estate, economic impact of significant societal distortions, including opioid epidemic and rise of green energy sector, reducing inequality of outcomes for the vulnerable groups of population; applications of advanced quantitative analysis, including AI/ML methods in Finance, e.g. regression methods robust to outliers and multicollinearity, change point

analysis, forecasting models, variable selection, Bayesian statistics and simulation analysis, natural language processing analysis.

***Publications:***

- Social Readiness Level and Natural Language Processing: tools for measurement and management of societal acceptance of nuclear energy, 2025. Hyungjin Kim, Saya Lee, Nonna Sorokina, and Darshana Sunoj. *Forthcoming in Nuclear Technology*.

- Are Listed Banks Riskier than Private Banks?, 2025 Hamid Mehran, Ajay Patel and Nonna Sorokina*. *Journal of Financial Stability*: 101435.

- Non-linearity in corporate finance studies: bank size matters when it comes to leverage components, 2025. Booth, David and Nonna Sorokina*. *Journal of Accounting and Finance 25(2)*

- Effects of Bank Capital and Lending on Leverage, Risk, and Growth of Nonfinancial Firms, 2025. Baran Lindsay, Ajay Patel, and Nonna Sorokina*. *Financial Management.*

- A century of asset allocation crash risk. Samonov, Mikhail, and Nonna Sorokina*. *Journal of Asset Management* (2024): 1-24.

- The Economic Impact of the Opioid Epidemic, Roman, Raluca, Wenli Li*, and Nonna Sorokina. *Economic Insights. Federal Reserve Bank of Philadelphia.* October 2, 2023

- Liquidity and bank capital structure. Ajay Patel, John Thornton, and Nonna Sorokina*, 2022. *Journal of Financial Stability, Vol. 62, p.* 101038.

- Does liquidity matter when crisis is brewing? Equity Returns and Intraday Liquidity in DAX Futures Market, Booth, David and Nonna Sorokina*. *Journal of Accounting and Finance 22.1 (2022): 116-132.*

- Why Do Banks Choose to Finance with Equity? Sorokina, Nonna *, John H. Thornton, Jr., and Ajay Patel, 2017. *Journal of Financial Stability, Vol.30, June 2017, p. 36-52*

- Reactions of Equity Markets to Recent Financial Reforms. Sorokina, Nonna* and John H. Thornton, 2016. *Journal of Economics and Business, Vol. 87, September-October 2016, p. 50-69*

- Analyst Optimism in the Automotive Industry: A Post-Bailout Boost and Methodological Insights. Hettler, Barry*, Yertai Tanai, Nonna Sorokina and David Booth, 2015. *Journal of Data Science, Vol.13, No.3 (July), p. 473-494.*

- Robust Methods in Event Studies: Empirical Evidence and Theoretical Implications. Sorokina, Nonna*, David E. Booth and John H. Thornton, Jr., 2013. *Journal of Data Science, Vol.11, No.3 (July), p. 607-621.*

***Under review:***

- Consumer and Bank Credit Consequences of the Opioid Epidemic, with Wenli Li and Raluca Roman. *presented at the FMA'21, NZFM'22 Best Paper Award Runner-Up, AFBD'22, AFA'24*

---

* Corresponding author

***Working papers (developed - in preparation for journal submission/resubmission):***

- Sustainable Energy Marketplace and Societal Readiness with Hyungjin Kim, Saya Lee, and Darshana Sunoj. *Presented at the Massey'24, ICDS Symposium'24 Poster Session. 3rd Contemporary Issues in Financial Markets and Banking, SWFA'25, Accepted at ANS'25, WEAI'25, GFC'25, MRS'25.*
- De-Risking Nuclear Energy Investment Is NEAR with Financial Innovation with Saya Lee, Jilang Miao, and Darshana Sunoj. *Presented at WEAI'26, 4th Contemporary Issues in Financial Markets and Banking, FMA Applied'26.*
- Your Next-Door Neighbor, Nuclear Reactor: Real Estate and Societal Readiness *Presented at Boca Real Estate Conference 2025.*
- The Impact of Tax Law Changes on Bank Payout and Performance, with Rebel Cole, Hamid Mehran, and Michael Suher. *Presented at the Research Seminar, Federal Reserve Bank of Cleveland, SFA'23, FMA European'23, IBEFA-WEAI'24. Accepted at Multinational Finance Society'24 Meeting and European FMA'24 Meeting.*
- Addiction as a banking risk factor with Dusan Ramljak, Accepted for CSUA'25, PEA'25

***Working papers (early stage):***

- Interest Rate Forecasting and Refinancing Decisions. *Presented at the EFA'13, AIMI Workshop Spring'23*
- Inflation stress: actual vs inferred from economic news with Chan Shen
- Data-Driven Response to Opioid Abuse in Banking: Leveraging AI/ML to identify Health, Social and Economic Determinants of High Impact Areas with Dusan Ramljak
- Gender Disparity in Access to Credit and Business Bankruptcy with Victoria Geyfman and Joseph Litvak
- Opioid Epidemic and Bankruptcies with Joseph Litvak
- Real Options of Advance Nuclear Reactors: Investor Perspective

***Working papers / conference presentations (inactive):***

- Variable Selection: a Case of Bank Capital Structure Determinants, with David Booth, *Presented at the MWDSI'16*
- Long-term impact of Gramm-Leach-Bliley Act on the financial industry, *Presented at the EFA'13*

## CONFERENCE PRESENTATIONS

- De-Risking Nuclear Energy Investment Is NEAR with Financial Innovation with Saya Lee, Jilang Miao, and Darshana Sunoj. 2026 Western Economic Association International's Annual Conference, Denver, CO
- De-Risking Nuclear Energy Investment Is NEAR with Financial Innovation. 2026 FMA Applied Conference, New York City, NY*
- De-Risking Nuclear Energy Investment Is NEAR with Financial Innovation with Saya Lee, Jilang Miao, and Darshana Sunoj. 2026 4rd Contemporary Issues in Financial Markets and Banking, Nottingham-Trent University, Nottingham United Kingdom. Online Conference
- Your Next-Door Neighbor, Nuclear Reactor: Real Estate and Societal Readiness. 2025 Boca Finance and Real-Estate Conference, Boca Raton, FL
- Sustainable Energy Marketplace and Societal Readiness. 2025 Global Finance Conference, Boston, MA
- Addiction as a banking risk factor. 2025 Pennsylvania Economic Association Conference, Reading, PA*

- Addiction as a banking risk factor. 2025 Consortium for Substance Use and Addiction Symposium, State College, PA
- Sustainable Energy Marketplace and Societal Readiness. 2025 American Nuclear Society Conference, Chicago, IL
- Social Readiness Level and Natural Language Processing: tools for measurement and management of societal acceptance of nuclear energy. 2025 American Nuclear Society Conference, Chicago, IL
- Sustainable Energy Marketplace and Societal Readiness. 2025 American Nuclear Society Conference, Chicago, IL
- Sustainable Energy Marketplace and Societal Readiness. 2025 Western Economic Association International's 100th Annual Conference, San Francisco, CA
- Sustainable Energy Marketplace and Societal Readiness. 2025 Annual Meeting of Southwestern Finance Association, San Antonio, TX
- Sustainable Energy Marketplace and Societal Readiness. 2025 3rd Contemporary Issues in Financial Markets and Banking, Nottingham-Trent University, Nottingham United Kingdom. Online Conference
- Sustainable Energy Marketplace and Societal Readiness. The 2024 Massey Sustainable Finance Conference, Auckland, New Zealand
- Effects of Bank Capital and Lending on Leverage, Risk, and Growth of Non-Financial Firms. 2024 FMA Asia/Pacific Conference, Seoul, South Korea*
- The Impact of Tax Law Changes on Bank Payout and Performance. 2024 IBEFA Conference, Seattle, WA*
- The Impact of Tax Law Changes on Bank Payout and Performance. 2024 FMA European Conference, Turin, Italy*
- The Impact of Tax Law Changes on Bank Payout and Performance. 2024 EFMA Conference, Lisbon, Portugal (accepted)
- The Impact of Tax Law Changes on Bank Payout and Performance. 2024 Multinational Finance Society Conference, Vaasa, Finland (accepted)
- Gender Disparity in Access to Credit and Business Bankruptcy 2024 Summer Greater NYC Networking Symposium, Pace University, New York, NY*
- Data-Driven Response to Opioid Abuse in Banking: Leveraging AI/ML to identify Health, Social and Economic Determinants of High Impact Areas, 2024 Summer Greater NYC Networking Symposium, Pace University, New York, NY*
- Instability of Opioid Epidemic High Impact Areas, 2024 CSUA Conference, Penn State University, State College, PA
- A Century of Asset Allocation Crash Risk. Inquire UK and Inquire Europe Joint Spring Seminar 2024, Southampton, UK
- Opioid Epidemic and Consumer Finance: Quo Vadis? 2024 AFA Annual Meeting, San Antonio, TX*
- Opioid Epidemic and Consumer Finance: Quo Vadis? 2023 Greater NYC Networking Symposium, Pace University, New York, NY
- Opioid Epidemic and Consumer Finance: Quo Vadis? Fischer-Shain Center Research Conference, Fox School of Business, Philadelphia, PA*
- Effects of Bank Capital and Lending on Leverage, Risk, and Growth of Non-Financial Firms. 2023 Vietnam Symposium in Banking and Finance, Hanoi, Vietnam
- A Century of Asset Allocation Crash Risk. 2023 Vietnam Symposium in Banking and Finance, Hanoi, Vietnam

- The Impact of Tax Law Changes on Bank Payout and Performance. 2023 Vietnam Symposium in Banking and Finance, Hanoi, Vietnam
- Opioid Epidemic and Consumer Finance: Quo Vadis? 2023 FIFI Conference at University of South Carolina, Columbia, SC*
- Opioid Epidemic and Consumer Finance: Quo Vadis? 2023 SFA Annual Meeting, Fajardo, Puerto Rico*
- A Century of Asset Allocation Crash Risk. 2023 SFA Annual Meeting, Fajardo, Puerto Rico
- The Impact of Tax Law Changes on Bank Payout and Performance. 2023 SFA Annual Meeting, Fajardo, Puerto Rico
- A Century of Asset Allocation Crash Risk. 2023 FMA Annual Meeting, Chicago, IL
- Are Listed Banks Riskier than Private Banks? 2023 International Conference in Finance, Banking, and Accounting, Montpellier, France*
- Effects of Bank Capital and Lending on Leverage, Risk, and Growth of Non-Financial Firms. 2023 FMA European Conference, Aalborg, Denmark*
- Textual analysis of economic news for assessment of interest rate move expectations. Penn State ICDS/AIMI Workshop, April 2023, State College, PA
- Opioid Epidemic and Consumer Finance: Quo Vadis? 2023 EFA Annual Meeting, Ashville, NC*
- Opioid Epidemic and Consumer Finance: Quo Vadis? 2022 New Zealand Finance Meeting, Auckland, New Zealand*
- Opioid Epidemic and Consumer Finance: Quo Vadis? Interagency Risk Quantification Forum, Federal Reserve Banks of Philadelphia, FDIC and OCC, November'22. Philadelphia, PA*
- Opioid Epidemic and Consumer Finance: Quo Vadis? 2022 The Australasian Finance and Banking Conference, Sydney, Australia
- Textual analysis of economic news for assessment of interest rate move expectations in application to mortgage loan lock fallout forecasting. 2022 FMA DESI New Ideas Session, Atlanta, GA
- Consumer and Bank Credit Consequences of the Opioid Epidemic. 2021 FMA Annual Meeting, Denver, CO
- Consumer and Bank Credit Consequences of the Opioid Epidemic. 2021 FMA DESI Seminar, Denver, CO
- Are Listed Banks Riskier than Private Banks? 2021 AFFI Meeting, virtual
- Are Listed Banks Riskier than Private Banks? 2021 EFA Annual Meeting, virtual
- Are Listed Banks Riskier than Private Banks? 2021 FMA European Annual Meeting, virtual
- Bank Capital and Firm Capital 2020. FMA Annual Meeting, virtual
- Bank Capital and Firm Capital 2020. EFA Annual Meeting, Boston, MA (cancelled due to COVID-19)
- Are Listed Banks Riskier than Private Banks? 2019 FMA Annual Meeting, New Orleans, LA
- Risk Mitigation Instead of Risk Shifting: the Role of Liquidity in Capital Regulation. 2019 FMA European Annual Meeting, Glasgow, Scotland*
- Risk Mitigation Instead of Risk Shifting: the Role of Liquidity in Capital Regulation. 2019 MFA Annual Meeting, Chicago, IL
- Risk Mitigation Instead of Risk Shifting: the Role of Liquidity in Capital Regulation. 2018 India Finance Conference, Calcutta, India*
- Risk Mitigation Instead of Risk Shifting: the Role of Liquidity in Capital Regulation. 2018 FMA Annual Meeting, San Diego, CA
- Risk Mitigation Instead of Risk Shifting: the Role of Liquidity in Capital Regulation. 2018 EFA, Philadelphia, PA

- Risk Mitigation Instead of Risk Shifting: the Role of Liquidity in Capital Regulation. 2018 FMA Asia/Pacific Annual Meeting, Hong Kong*
- Banks Size Matters When it Comes to Leverage Components. 2017 MWDSI, Grand Rapids, MI*
- Variable Selection: a Case of Bank Capital Structure Determinants. 2016 MWDSI, Valparaiso, IN*
- Why Do Banks Choose to Finance with Equity? 2015 EFA Annual Meeting, New Orleans, LA
- Why Do Banks Choose to Finance with Equity? 2015 MFA Annual Meeting, Chicago, IL
- Why Do Banks Choose to Finance with Equity? 2014 FMA Annual Meeting, Nashville, TN
- Chasing the Change: a Study of DAX Returns and its Futures Liquidity. 2014 EFA Annual Meeting, Pittsburgh, PA
- Chasing the Change: a Study of DAX Returns and its Futures Liquidity. 2014 MWDSI, Chicago, IL*
- Reactions of Equity Markets to Recent Financial Reforms. 2013 FMA Annual Meeting, Chicago, IL
- Reactions of Equity Markets to Recent Financial Reforms. 2013 International Finance and Banking Society (IFABS) Conference "The Search for Financial Stability: Models, Policies and Prospects", Nottingham, UK
- Bank Capital Structure. 2013 FMA European Doctoral Student Consortium, Luxembourg City, Luxembourg
- Reactions of Equity Markets to Recent Financial Reforms. 2013 FMA European Annual Meeting, Luxembourg City, Luxembourg
- MBS Prepayment Speed and More: Forecasting Model Based on Pure Rational Behavior, Quasi-Simulation and Empirical Restrictions. 2013 EFA Annual Meeting, St. Pete Beach, FL
- Long-term impact of Gramm-Leach-Bliley Act on the financial industry. 2013 EFA Annual Meeting, St. Pete Beach, FL
- Analyst Optimism in the Automotive Industry: A Post-Bailout Boost and Methodological Insights. 2013 MWDSI, Twinsburg, OH*
- Reactions of Equity Markets to Recent Financial Reforms. 2012 FMA Annual Meeting, Atlanta, GA
- Reactions of Equity Markets to Recent Financial Reforms. 2012 EFA Annual Meeting, Boston, MA
- Reactions of Equity Markets to Recent Financial Reforms. 2012 MFA Annual Meeting, New Orleans, LA
  *presented by co-author

## RESEARCH SEMINARS

- De-Risking Nuclear Energy Investment Is NEAR with Financial Innovation. March 2026, *Department of Finance, University of Connecticut, Storrs, CT*
- Social Readiness Level and Natural Language Processing: tools for measurement and management of societal acceptance of nuclear energy. *Translational Science Institute Seminar, Penn State University, Virtual*
- Sustainable Energy Marketplace and Societal Readiness, March 2025, *Penn State Scranton, Dunmore, PA*
- Sustainable Energy Marketplace and Societal Readiness, February 2025, *BSB Colloquium, Penn State University, Virtual*
- Sustainable Energy Marketplace and Societal Readiness, February 2025, *OPAIR Data Summit, Penn State University, Virtual*
- Sustainable Energy Marketplace and Societal Readiness, February 2025, *Department of Finance, Penn State University, State College, PA*
- A Primer on NLP Research Methods for Financial Professionals, November 2024, Inquire UK, Webinar

- Sustainable Energy Marketplace and Societal Readiness, October 2024, *Department of Nuclear Engineering, Penn State University, State College, PA*
- Are Listed Banks Riskier than Private Banks? *February 2023, Penn State University, Dunmore, PA*
- Consumer and Bank Credit Consequences of the Opioid Epidemic. *October 2022, Penn State University, State College, PA*
- Consumer and Bank Credit Consequences of the Opioid Epidemic. *February 2022, Penn State University, Dunmore, PA*
- Are Listed Banks Riskier than Private Banks? *April 2021, Wake Forest University, Winston-Salem, NC*
- Are Listed Banks Riskier than Private Banks? *March 2021, Penn State University, State College, PA*
- Are Listed Banks Riskier than Private Banks? *March 2021, Federal Reserve Bank of Philadelphia, Philadelphia, PA*
- Bank Capital Structure and Firm Capital Structure, *February 2021, Pennsylvania State University, BSB Colloquium, Virtual, Multiple locations*
- Are Listed Banks Riskier than Private Banks? *December 2020, University of Delaware, Newark, DE*
- Are Listed Banks Riskier than Private Banks? *October 2020, Temple University, Philadelphia, PA*
- Are Listed Banks Riskier than Private Banks? *February 2020, Carnegie Mellon University, Pittsburgh, PA*
- Risk Mitigation Instead of Risk Shifting: the Role of Liquidity in Capital Regulation. *April 2019, Temple University, Department of Finance, Philadelphia, PA*
- Risk Mitigation Instead of Risk Shifting: the Role of Liquidity in Capital Regulation. *March 2019, Fordham University, Department of Finance and Business Economics, NYC, NY*
- Long-term impact of GLBA. *November 2018, School of Business, TCNJ, Ewing, NJ*
- Understanding Bank Leverage through the Motivation Prism: The Role of Liquidity. *September 2018, Research Department of the Federal Reserve Bank of Philadelphia, Philadelphia, PA*
- Understanding Bank Leverage through the Motivation Prism: The Role of Liquidity. *April 2018, Hofstra University, Department of Finance, Hempstead, NY*
- Chasing the change: a study of DAX returns and its futures liquidity. *April 2018, School of Business, TCNJ, Ewing, NJ*
- Bank Capital and Firm Capital. *October 2017, School of Business, TCNJ, Ewing, NJ*
- Bank Capital Components. *September 2017, Department of Finance, KSU, Kent, OH*
- Bank Capital Components. *April 2017, School of Business, TCNJ, Ewing, NJ*
- Bank Capital in General Capital Structure Framework with Competition, Diversification and Liquidity. *October 2014, Department of Finance, UNC Charlotte, Charlotte, NC*
- Bank Capital and Theory of Capital Structure. *April 2014, Department of Finance, KSU, Kent, OH*
- Cross-Industry and Cross-Country Reactions of Equity Markets to Recent Financial Reforms. *April 2013, Department of Finance, KSU, Kent, OH*
- Dean's Best Paper Finalists, *April 2012, School of Business, KSU, Kent, OH*
- Analyst optimism in the automotive Industry: a post-bailout boost and methodological insights. *December 2012, Department of Management and Information Systems, KSU, Kent, OH*

## SERVICE TO THE PROFESSION

- 2026 FMA Annual Meeting (program committee)
- 2026 FMA Applied (program committee)

- 2026 FMA Applied Finance Conference, New York, NY (program committee, panel organizer)
- 2025 GFC Annual Meeting, Boston, MA (discusssant)
- 2025 FMA Annual Meeting (program committee)
- 2025 FMA Applied (program committee)
- 2025 AI Era in Finance, New York, NY (program committee)
- 2025 SFA Annual Meeting (program committee)
- 2025 SWFA Annual Meeting (program committee, discussant, session chair)
- 2025 FMA Applied Finance Conference, New York, NY (program committee, panel organizer)
- 2025 FMA Consortium on Asset Management (program committee)
- 2024 FMA Applied Finance Conference, New York, NY (program committee, panel organizer)
- 2024 AI Era in Finance, New York, NY (symposium organizer, program committee)
- 2024 FMA Annual Meeting, Grapevine, TX (program committee)
- 2023 SFA Annual Meeting, Fajardo, Puerto Rico (program committee, session chair, discussant)
- 2023 FMA Annual Meeting, Chicago, IL (program committee, session organizer, session chair, discussant)
- 2023 FMA European Meeting, Aalborg, Denmark (program committee)
- 2023 FMA Applied Finance Conference, New York, NY (program committee, discussant)
- 2022 The Australasian Finance and Banking Conference, Sydney, Australia (session chair, discussant)
- 2022 FMA Annual Meeting, Atlanta, GA (program committee, session organizer, session chair, discussant)
- 2022 SFA Annual Meeting, Key West, FL (program committee)
- 2022 FMA European Finance Conference, Lyon, France (program committee)
- 2022 FMA Applied Finance Conference, New York, NY (program committee, discussant)
- 2022 EFA Annual Meeting, Washington, DC (program committee)
- 2021 FMA Annual Meeting, Denver, CO (discussant, session chair)
- 2021 FMA European Virtual Annual Meeting (discussant, session chair)
- 2021 French Finance Association Virtual Annual Meeting (discussant)
- 2021 EFA Virtual Annual Meeting (discussant, session chair, program committee)
- 2020 FMA Virtual Annual Meeting, (program committee, session chair, session organizer, discussant)
- 2020 FMA Applied Finance Conference, New York, NY – cancelled due to COVID-19 (program committee)
- 2020 EFA Annual Meeting, Boston, MA- cancelled due to COVID-19 (program committee, session chair, discussant)
- 2019 FMA Annual Meeting, New Orleans, LA (program committee, session organizer, session chair, discussant)
- 2019 Southern Finance Association Annual Meeting, Orlando, FL (program committee)
- 2019 FMA Applied Finance Conference, New York, NY (program committee, panel session organizer and host "Compensation in Financial Industry")
- 2018 FMA Annual Meeting, San Diego, CA (program committee, session organizer, session chair, discussant)
- 2018 FMA Applied Finance Conference, New York, NY (program committee, panel session organizer and host "Borrowing and Saving, Capital Structure and Economic Growth in the Post-crises U.S. Economy")
- 2018 EFA Annual Meeting, (session chair, discussant)

- 2017 FMA Annual Meeting, Boston, MA (program committee, session organizer, session chair, discussant)
- 2017 FMA Applied Finance Conference, New York, NY (program committee, discussant)
- 2017 EFA Annual Meeting, Jacksonville, FL (program committee)
- 2016 EFA Annual Meeting, Baltimore, MD (program committee)
- 2015 EFA Annual Meeting, New Orleans, LA (discussant, session chair, program committee)
- 2015 MFA Annual Meeting, Chicago, IL (discussant, session chair)
- 2014 FMA Annual Meeting, Nashville, TN (discussant)
- 2014 EFA Annual Meeting, Pittsburgh, PA (discussant, session chair)
- 2013 FMA Annual Meeting, Chicago, IL (discussant)
- 2013 FMA European Annual Meeting, Luxembourg City, Luxembourg (discussant)
- 2013 EFA Annual Meeting, St. Pete Beach, FL (discussant, session chair)
- 2012 FMA Annual Meeting, Atlanta, GA (discussant)
- 2012 EFA Annual Meeting, Boston, MA (discussant)
- 2012 MFA Annual Meeting, New Orleans, LA (discussant)
- 2011 MFA Annual Meeting, Chicago, IL (discussant, session chair)

## AD-HOC REFEREE

- Research in International Business and Finance
- Journal of Real Estate Finance and Economics
- Journal of Asset Management
- Management Science
- Journal of Financial Stability
- The Financial Review
- Empirical Economics
- Emerging Markets Finance and Trade
- Journal of Data Science
- Journal of Applied Statistics

## TEACHING

**Highlights:**

- Pennsylvania State University, Temple University, Wake Forest University, Kent State University, TCNJ
- Teaching Areas: Corporate Finance, Quantitative Financial Analysis, Investments, Financial Markets and Institutions, Risk Management, Real Estate Finance
- Small and large classes
- In-person, online, and hybrid content delivery
- Introductory through advanced undergraduate and graduate level
- Student-centered, innovative approach with high utilization of technology and real-world applications of knowledge focused on hands-on learning with elements of group work.

**Courses taught:**

- Applied Quantitative Analysis for Finance (WFU) **“**
- Business Finance (KSU) **“**
- Corporate Finance (TCNJ) **^ * “**

- Corporation Finance (PSU) **^** º **“**
- Financial Markets and Institutions (PSU) ¨
- Financial Modeling (Temple) **^**
- Financial Modeling (TCNJ) **^** * **“**
- Financial Statements Analysis (PSU) ¨
- Financial System (KSU) **“**
- Fundamental Financial Methods (TCNJ) * **“**
- Individual Investment Analysis (KSU) **“**
- Intermediate Corporate Finance (Temple)
- Introduction to Investments (TCNJ) *
- Introductory Financial Modeling (PSU) **^** ¨
- Investments and Portfolio Analysis (PSU) **^** ¨
- Quantitative Analysis I (WFU) **“**
- Quantitative Analysis II – MBA for Working Professionals ~ weekends (WFU) **“**
- Real Estate Finance and Investment (PSU) ¨
- Retirement Planning **^** ¨ (PSU)
- Seminar in Corporate Finance (Temple) **^**
- Student Investment Fund (TCNJ) **“**

*¨ hybrid (on-campus with part of the class joining via hybrid room for an active class); * on-campus with asynchronous on-line component; ^ synchronous on-line;* **“***on-campus; º fully asynchronous*

## SERVICE TO THE UNIVERSITY

Penn State:

- BSB Colloquium Committee / Member and subsequently Chair
- Hiring Committee for Assistant Director of AIMI in the Fall’21 and Spring’22/ Member
- BSB Executive Committee / Member
- BSB DLC Committee / Chair
- LEAADS Executive Committee / Member
- Changing the Future (CTF) for Women Faculty Alumni Relations Ambassador
- Faculty Senate Chair
- Faculty Senate Council / Member
- Student Affairs Committee / Member and subsequently Chair
- Hiring Committee for Tenure-Track Faculty in the Spring’23/ Member
- Hiring Committee for Teaching Line Faculty in the Fall’20 and Fall’25/ Member
- Advisor to the Financial Services Option students starting Spring’21

TCNJ:

- Neil Gaston Award Committee / Member
- CFA Scholarship Committee / Chair
- Faculty Senate / Senator
- Budget and Financial Planning Committee / Faculty Member
- Advisor to 51 student in 2019-20 academic year
- Advisor to 68 students in 2018-19 academic year

- Advisor to 46 students in 2017-18 academic year

---

**AFFILIATIONS:**

---

- AFA (American Finance Association)
- FMA (Financial Management Association)
- EFA (Eastern Finance Association)
- MFA (Midwest Finance Association)
- SFA (Southern Finance Association)
- SWFA (Southwestern Finance Association)
- IFABS (International Finance and Banking Society)
- Beta Gamma Sigma (Honors Society Recognizing Business Excellence)

---

**CFA:**

---

- Passed CFA Level 1 Exam
- Facilitated recognition of the BS in Business Administration at TCNJ by the CFA Institute
- Served as a Principal contact for CFA Institute at The College of New Jersey

---

**PROFESSIONAL DEVELOPMENT:**

- Real-time surveys in teaching presentations, Penn State Scranton Instructional Design Consulting Sessions, Fall'24
- Grant writing bootcamp, May'24
- Grant writing workshop, Penn State Harrisburg, May'24
- TwT: Engaging Students in Remote Synchronous Classroom Settings, Virtual, The Pennsylvania State University, Fall'23
- Learning Tools Exploration: Content Visualization Tools, Virtual, The Pennsylvania State University, Fall'23
- Data Analytics Bootcamp: Python, Virtual, Fox School of Business, Temple University, Summer 2023
- Engaging Multilingual Students, Penn State Schreyer institute, Virtual, Spring'22
- Student (and Faculty) Wellbeing in Learning Environments, Penn State Schreyer institute, Virtual, Spring'22
- Motivating and Engaging Students, Penn State Schreyer institute, Virtual, Spring'22
- Changing the Future: Leadership Development Program; The Pennsylvania State University, virtual; Spring'22
- ROAR Super Computer Training: New User Training, January'22
- ROAR Super Computer Training: Getting your Software Running on Roar, February'22
- ROAR Super Computer Training: Intermediate HPC Training, February'22
- OL 3200: Serving the Military and Veteran Student, The Pennsylvania State University, World Campus; Fall'21
- The Hybrid Classroom: How to Engage Students to Promote Individual and Collective Learning, Harvard Business Publishing Education, Virtual, Fall'21
- Microsoft Bookings, Instructional Design Group, The Pennsylvania State University, Scranton, PA; Fall'21
- BSBIC Faculty development session, The Pennsylvania State University, World Campus; Fall'21

- Teaching toolkit [for active learning], Instructional Design Group, The Pennsylvania State University, Scranton, PA; Fall’21
- Designing Better Courses: Blending the Best of Pre- and Post-Pandemic Pedagogy by Harvard Business Publishing Education, Virtual; Summer’21
- Reducing Cognitive Load: Focusing on What Matters in Online and Hybrid Teaching by Harvard Business Publishing Education, Virtual; Spring’21
- Making Online Classrooms Work for You (and Your Students) by Harvard Business Publishing Education, Virtual; Spring’21
- Breakout Rooms, Instructional Design Group, The Pennsylvania State University, Scranton, PA; Spring’21
- CANVAS Gradebook, Instructional Design Group, The Pennsylvania State University, Scranton, PA; Fall’20
- Exam Strategies for Remote Delivery, Penn State Schreyer Institute, Virtual, Fall'20
- Teaching in Online and Hybrid Classes: Key Elements for Success by Harvard Business Publishing Education, Virtual; Fall’20
- Blended and Online Learning training, TCNJ, Ewing, NJ; Spring’17
- Teaching with Cases Part I by Harvard Business Publishing Education, Harvard Business School, Boston, MA; Spring’17
- Bloomberg for Education, Bloomberg, NYC, NY; Summer’17

## HONORS AND AWARDS

- 2024 Financial Literacy for High School Students Grant
- 2024 AIMI Fellow
- 2024 PSU Presidential Public Impact Grant
- 2023 AIMI Fellow
- 2023 Faculty Engagement Award
- 2023 Dr. Richard J. & Sally Mattews Award for Scholarly Activity
- 2022 The Australasian Finance and Banking Conference Best Paper Runner-Up Award
- 2022 FMA Diversity Emerging Scholar Initiative
- 2022 Faculty Research Development Grant
- 2022 Greater Scranton Penn State Chapter Faculty Research Endowment Grant
- 2022 RISE Grant in Support of AI Research
- 2021 Teaching and Learning with Technology Distinguished Service Award
- 2021 FMA Diversity Emerging Scholar Initiative
- 2021 Faculty Research Development Grant
- 2021 Greater Scranton Penn State Chapter Faculty Research Endowment Grant
- 2020 Dr. & Mrs. Richard J. Matthews Award for Excellence in Scholarship
- 2020 Greater Scranton Penn State Chapter Faculty Research Endowment Grant
- 2017 TCNJ Support of Scholarly Activities
- 2017 TCNJ Professional Development Grant
- 2014 MWDSI Best Application Paper Award
- 2013 FMA European Doctoral Student Consortium
- 2013 KSU International Travel Grant
- 2012 KSU School of Business Dean’s Best Paper Award

- 1998 Diploma of Specialist in Finance and Banking with Honors
- 1993 High School Diploma with Honors

**QUANTITATIVE METHODS (selected):**

- ordinary least squares regression; (feasible) generalized least square regressions, seemingly unrelated regressions, piecewise regressions, logit and probit regressions; multinomial, conditional and mixed logit; robust (to outliers and high leverage points) regression; lasso variable selection and robust estimation; Heckman variable selection model; instrumental variables and proxies; Monte-Carlo simulations; bootstrap; MCMC; breakpoint analysis; Chow test; Quandt-Andrews test; panel data estimation, including difference in differences estimation, fixed effects and random effects linear and logit models, Hausman test; censored and truncated regressions, including Tobit and hurdle model, count data models; autocorrelation treatment, Durbin-Watson statistics, Parks model, Arellano-Bond Estimator; White standard errors; clustered standard errors; change point identification; discriminant analysis; MANOVA; principal component analysis; factor analysis; completely randomized design; random block design; full factorial design; dummy variables, Heckman Selection Model, 2SLS, Granger Causality test; NLP, PSM

**SOFTWARE AND DEVELOPMENT TOOLS:**

***Learning management:*** Blackboard, Sakai, CANVAS, McGraw-Hill Connect, Cengage MindTap
***Statistical packages:*** SAS, STATA
***Research data:*** CRSP, COMPUSTAT, EXECUCOMP, Thompson Reuters DealScan, Bloomberg, WRDS, Bank Regulatory Data
***Software Development:*** VBA, Visual Basic 5-6, COBOL, RPG, C/C++, SQL, Power Builder, HTML, Python
***Databases:*** DB2, MS SQL Server 7/2000, Oracle 8, FoxPro 6, MS Access 2.0/97/2000/2003/2010/2013/2016
***OS:*** OS400 for AS400; Windows 95/98/2000/XP/Vista/7/8/10
***Reporting:*** Crystal Reports, Oracle Discoverer
***General office software tools:*** MS Office, MS Projects, MS Visio, Open Office
***Bank-specific:*** Midas, FDR, OMNI, MTRS, FORUM, TCL, TSM, TMO, VISA PC Edit Package, FiServ/MortgageServ, QRM

**FINANCIAL INDUSTRY EXPERIENCE [ABBREVIATED]**

- Substantial industry experience of over 25 years mostly in Investment Banking, Capital Markets / Secondary Mortgage Marketing (various roles, including Quantitative Analyst / Consultant, Freedom Mortgage Corporation, Mt. Laurel, NJ; Quantitative Business Analyst / Consultant, New York Community Bankcorp, Cleveland, OH; Business Analyst / Project Manager, AmTrust Bank, Cleveland, OH; Programmer / Business Analyst, Charter One Bank, Cleveland, OH; Programmer / Business Analyst, Ohio Savings Bank, Cleveland, OH; Specialist, First Ukrainian International Bank, Donetsk, Ukraine)

- Selected Projects: Intraday Lock Volume Forecasting Model; FNMA Reservation Pricing (flexible G-Fees), Integration of Loan Sales, Trading and Hedging systems; Loan Sales software enhancement and integration with BestX optimization model (recommendations for optimal loan and servicing sales); Mortgage Loan Lock Fallout Forecasting Model; Price/Yield Forecasting Function; Universal price interpolation/extrapolation function; Hedging Model Enhancements; Trading System Optimization; Data Mart – loan data warehouse; Servicing System Data Purge process; HELOC loans conversion from old

servicing system to the new; new GSE and non-GSE loan securitization and sale processes, including FNMA, FHLMC, GNMA, FHLB and private investors' mortgage products implementation; P&L Analysis; Infrastructure projects: Capital Markets Controlled Environment (Production, QA, Test, Development server structure and surrounding processes), MS Office and Windows upgrades, MortgageServ/FiServ updates and others.